# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TOTTEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br><br>　　　　　　Defendant. | CASE NO. 14cv1431-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 9] |

Pursuant to the joint stipulation of the parties, the Court **DISMISSES** this action in its entirety with prejudice. Each party shall bear its own costs and expenses. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED**.

DATED: November 26, 2014

　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　United States District Judge